MAY 25, 2001

No. 00–10210 (00A1031). IN RE JOHNSON. Application for stay of execution of sentence of death, presented to JUSTICE BREYER, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

MAY 29, 2001

No. 99–1709. MCDERMOTT v. BOEHNER ET AL. C. A. D. C. Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bartnicki* v. *Vopper, ante,* p. 514.

No. 00–1457. SAN PAOLO U. S. HOLDING CO., INC. v. SIMON, DBA LIBERTY PAPER CO. Ct. App. Cal., 2d App. Dist. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Cooper Industries, Inc.* v. *Leatherman Tool Group, Inc., ante,* p. 424.

No. 00–8480. BOUFFORD v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Artuz* v. *Bennett,* 531 U. S. 4 (2000).

No. 00A960. EITEL v. WASHINGTON MUTUAL BANK. C. A. 9th Cir. Application for stay, addressed to THE CHIEF JUSTICE and referred to the Court, denied.

No. D–2188. IN RE DISBARMENT OF TIDWELL. Disbarment entered. [For earlier order herein, see 530 U. S. 1294.]